UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | Patsy M. Marano |
| Case Number: | 10-24156-JAD  Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 27, 2011 10:30 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#15 - Continued Confirmation of Plan Dated 7-6-10 (N)
R / M #: 15 / 0

**Appearances:**

Debtor: *[signature]*
Trustee: Winnecour / Bedford / Gregg / Pail

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Other: Contested for lack of payments to 3/2/11 at 9:00.
   (No payments since 11/10)

**FILED**
JAN 27 2011
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

1/25/2011   11:12:47AM