IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | Case No.: **10-24156-JAD** |
| **PATSY M. MARANO,** | Judge Jeffery A. Deller |
| SSN: XXX-XX-6946 | |
| *Debtor,* | Chapter 13 |
| ====================================== | Doc. No. 53 |
| **PATSY M. MARANO** | |
| *Movant,* | |
| vs. | |
| **PARRY CUSTOM HOMES** | |
| *Respondent,* | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor, PATSY M. MARANO, having filed a Chapter 13 petition and Debtor, PATSY M. MARANO, having moved to attach wages to fund the Chapter 13 plan.

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, PATSY M. MARANO, receives income:

> PARRY CUSTOM HOMES
> Attn: Payroll Manager
> 10349 Route 30
> North Huntingdon, PA 15642

shall deduct from said income the sum of $700.00 SEMI-MONTHLY beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, PATSY M. MARANO, receives a periodic or lump sum payment as a result of a vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, PATSY M. MARANO, and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, TRUSTEE
> CHAPTER 13 TRUSTEE, W.D. PA.
> POB 1132
> Memphis, TN 38101-1132

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor PATSY M. MARANO's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, PATSY M. MARANO, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor, PATSY M. MARANO, in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR, PATSY M. MARANO, WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

Dated this __2nd__ day of __March__, 20 __11__.

BY THE COURT:

Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

cc:  Debtor
     Office of the Standing Chapter 13 Trustee
     Employer

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED

MAR - 2 2011

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA