# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Patsy M. Marano | | |
| **Case Number:** | 10-24156-JAD | **Chapter:** | 13 |

**Date / Time / Room:** WEDNESDAY, MARCH 02, 2011 09:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## *Matter:*

Contested Hearing On Confirmation on Debtor's Chapter 13 Plan Dated 7/6/2010
- Minutes of 341 Meeting heard on 8/6/2010 filed at Doc. # 30 - Continued to 9/7/2010
- Minutes of 341 Meeting heard on 9/7/2010 filed at Doc. # 38 - Continued To Conciliation on 10/28/2010
- Minutes of Conciliation Conference heard on 10/28/2010 at Doc. #47 - Continued To Conciliation on 1/27/2011
- Minutes of Conciliation Conference heard on 1/27/2011 @ Doc. #52 - Continued To Contested Hearing on 3/2/2011
**R / M #:** 15 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / GREGG / PAIL
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR:

**FILED**

MAR 2 2011

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

## *Proceedings:*

____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at

_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:      ✳ ORDER

The Debtor shall file an amended plan within 14 days. Confirmation of the plan dated 7-6-2010 is denied.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

3-2-2011

2/24/2011  10:44:02AM